# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARACELY OREGON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>　　　　Defendant. | Case No. 1:21-cv-01092-DAD-BAK (SAB)<br><br>ORDER RE: PLAINTIFFS' NOTICES OF WITHDRAWAL AND APPEARANCE OF ATTORNEYS AND DIRECTING OFFICE OF THE CLERK TO UPDATE DOCKET<br><br>(ECF No. 23, 24, 25) |
|---|---|

On July 5, 2022, Plaintiffs concurrently filed a notice of withdrawal of attorney Lourdes DeArmas, of the Dolan Law Firm, and notices of appearances of attorneys Cioffi Remmer, and Taylor French, of the same firm, essentially seeking to terminate Ms. DeArmas as attorney of record. (ECF Nos. 23, 24, 25.) Accordingly, the Office of the Clerk is DIRECTED to terminate attorney Lourdes DeArmas as attorney in this matter.

IT IS SO ORDERED.

Dated:   **July 6, 2022**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE