UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELY OREGON,<br><br>         Plaintiff,<br><br>    v.<br><br>BOSTON SCIENTIFIC CORPORATION.<br><br>         Defendant. | Case No. 1:21-cv-01092-ADA-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER **AS MODIFIED**<br><br>(ECF No. 32) |

Plaintiff initiated this action by filing a Complaint on July 15, 2021. (ECF No. 1). In the operative, First Amended Complaint filed June 16, 2022, Plaintiff asserts causes of action for strict liability and negligence. (ECF No. 20). On July 6, 2022, the Court convened the parties for a scheduling conference and thereafter issued a Scheduling Order. (ECF Nos. 27, 28).

On December 20, 2022, the parties filed a stipulation seeking a 90-day extension of the discovery, motion and trial schedule. (ECF No. 32). The stipulation seeking an extension is timely filed pursuant to Local Rule 144(d) and the parties' representations therein satisfy the requirements under Fed. R. Civ. P. 16(b)(4) to show good cause and diligence. *See Johnson v. Mammoth Recreations, Inc*., 975 F.2d 604, 609 (9th Cir. 1992).

Accordingly, based on the parties' representations in the stipulation and for good cause shown, IT IS HEREBY ORDERED that the following dates and deadlines are continued:

1. Non-expert discovery cutoff from February 10, 2023 to **May 12, 2023**;
2. Expert disclosure deadline from March 10, 2023 to **June 9, 2023**;
3. Supplemental expert disclosure deadline from May 12, 2023 to **August 11, 2023**;
4. Expert discovery cutoff from July 21, 2023 to **October 20, 2023**;
5. Dispositive motion deadline (including summary judgment motions and Rule 702 (*Daubert*) motions) from October 6, 2023 to **January 8, 2024**;
6. Settlement conference on **February 7, 2024;**
7. Pre-Trial Conference from March 18, 2024 to **June 17, 2024**; and
8. Trial from May 21, 2024 to **August 20, 2024.**

IT IS SO ORDERED.

Dated:   **December 21, 2022**

UNITED STATES MAGISTRATE JUDGE