1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11   ARACELY OREGON,                        | Case No. 1:21-cv-01092-ADA-CDB

12            Plaintiff,                     | ORDER DENYING WITHOUT PREJUDICE
                                             | APPLICATION OF RACHEL L. WRIGHT
13        v.                                 | TO PRACTICE *PRO HAC VICE*

14   BOSTON SCIENTIFIC CORPORATION,          | (Doc. 37)

15            Defendant.

16

17

18        Pending before the Court is the application of Rachel L. Wright, attorney for Plaintiff

19   Aracely Oregon, for admission to practice *pro hac vice*.  (Doc. 37).  Admission to appear *pro hac*

20   *vice* in an action pending in the Eastern District of California is governed by the Local Rule 180.

21   Purusant to Local Rule 180, an attorney who is a member in good standing and eligible to practice

22   before the Bar of any of the United States Court or of the highest Court of any State may be

23   permitted to practice in a case within this judicial district on a *pro hac vice* basis upon application

24   and discretion of this Court.

25   / / /

26   / / /

27

28

An attorney who seeks *pro hac vice* status shall present to the Clerk an application with the following:

> (i) the attorney's residence and office addresses, (ii) by what courts the attorney has been   admitted to practice and the dates of admissions, (iii) a certificate of good standing from the court in the attorney's state of primary practice, (iv) that the attorney is not currently        suspended or disbarred in any court, and (v) if the attorney has concurrently or within the         year    precedomg      the      current application made any other pro hac vice applications to this           Court, the title and number of each action in which such application was made, the date    of each application, and whether each application was granted.

Local Rule 180(b)(2)(i).  Here, despite Attorney Wright's assertion in the application that she was submitting a certificate of good standing in conjunction with the application, no such certificate from the court in the attorney's state of primary practice was filed.  *See* (Doc. 37).  Thus, the application does not comport with Local Rule 180.

Accordingly, it is HEREBY ORDERED, attorney Rachel L. Wright's application for *pro hac vice* (Doc. 37) is DENIED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **June 1, 2023**                    _____

UNITED STATES MAGISTRATE JUDGE