UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELY OREGON,<br><br>            Plaintiff,<br><br>     v.<br><br>BOSTON SCIENTIFIC CORPORATION,<br><br>            Defendant. | Case No. 1:21-cv-01092-ADA-CDB<br><br>ORDER GRANTING APPLICATION OF RACHEL L. WRIGHT TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 39) |

The Court has read and considered the application of Rachel L. Wright, attorney for Plaintiff Aracely Oregon, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 39). In light of the application and for good cause appearing, Rachel L. Wright's application for admission to practice *pro hac vice* is HEREBY GRATNED

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **June 1, 2023**

_____
UNITED STATES MAGISTRATE JUDGE